**Motion Granted; Dismissed and Memorandum Opinion filed May 27, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00223-CV

## IN THE INTEREST OF D.C., A MINOR CHILD

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2012-05172J**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 14, 2014, terminating the mother's parental rights. On May 20, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.